# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPORT HELMETS INC., <br><br> Plaintiff, <br><br> v. <br><br> WARRIOR SPORTS, INC., <br><br> Defendant. | Civil Action No. 10-cv-10179 |

## STIPULATED DISMISSAL WITH PREJUDICE
## UNDER FRCP 41(a)(1)

The parties to this action, by their respective counsel, hereby stipulate that this action, including all claims and counterclaims asserted therein, be and is hereby dismissed, each party to bear its own costs and attorney fees.

**SPORT HELMETS INC.**

/s/ John L. Welch
John L. Welch (BBO # 522040)
LANDO & ANASTASI, LLP
One Main Street – 11th Floor
Cambridge, MA 02142
Tel: (617) 395-7054
Fax: (617) 395-7070
Email: jwelch@lalaw.com

**WARRIOR SPORTS, INC.**

/s/ R. David Hosp
R. David Hosp (BBO #634091)
Mark S. Puzella (BBO #644850)
GOODWIN PROCTER LLP
Boston, MA 02109
Exchange Place
Tel: (617) 570-1000
Fax(627) 523-1231
Email: rhosp@goodwinprocter.com
mpuzella@goodwinprocter.com

1056072.1

-2-

H. Jay Spiegel
H. JAY SPIEGEL & ASSOCIATES
P.O. Box 11
Mount Vernon, VA 22121
Tel: (703) 619-0101
Fax: (703) 619-0110
Email: jayspiegel@aol.com

Dated: August 20, 2010